RECEIVED

JUL 0 9 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:24-cr-42 |
| v. | <u>INDICTMENT</u> |
| CALVIN SHAWN CARTER, | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| Defendant. | T. 18 U.S.C. § 2252(a)(4)(B) |
| | T. 18 U.S.C. § 2252(b)(2) |
| | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Production of Child Pornography)**

From at least on or about May 7, 2023, and continuing to on or about November 19, 2023, in the Southern District of Iowa, the defendant, CALVIN SHAWN CARTER, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor, for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

1

## THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Production of Child Pornography)

From at least on or about April 14, 2021, and continuing to on or about June 5, 2022, in the Southern District of Iowa, the defendant, CALVIN SHAWN CARTER, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor, for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Possession of Child Pornography)**

On or about December 21, 2023, in the Southern District of Iowa, the defendant, CALVIN SHAWN CARTER, did knowingly possess one or more items containing visual depictions that had been shipped and transported in interstate or foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a computer and cellular phone, the producing of said visual depictions involving the use of minors, that is, persons under the age of eighteen (18) years, prepubescent minors and minors who had not yet attained twelve (12) years of age, engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), said visual depictions being of such.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

If the defendant, CALVIN SHAWN CARTER, is convicted of Counts 1, 2, and/or 3 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

A. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

B. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a Samsung Galaxy S23 Ultra cell phone and a Samsung Galaxy S21 Ultra cellphone.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _Will R. R._ For MKZ
Melisa K. Zaehringer
Assistant United States Attorney
Will R. Ripley